IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN MARK MCKINNON, JR., | No. C 12-0081 WHA (PR) |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME; DENYING MOTION FOR STAY** |
| v. | |
| SUSAN HUBBARD, Warden, | |
| Respondent. | (Docket Nos. 7, 8) |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. Good cause appearing, respondent's motion for an extension of time, to and including to August 20, 2012, in which to answer the petition is **GRANTED**. Petitioner's traverse is due on or before September 20, 2012.

Petitioner has moved to stay this case while he seeks an order from the state courts to conduct "DNA" testing on evidence pertaining to his conviction. He does not explain why these state court proceedings necessitate a stay of this matter at this time. Accordingly, the motion is **DENIED**. Respondent and petitioner shall address in their answer and traverse the impact, if any, of the state court proceedings and any decision rendered therein on this case.

**IT IS SO ORDERED.**

Dated: July 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.12\MCKINNON0081.EOT.wpd